UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |

**This Document Relates to:**

*Alfred Westberry v. v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, No. 3:13-cv-50925-DRH-SCW

And Related Cases (See Doc. 9-1)

## ORDER

Upon the Motion of Plaintiffs, and for good cause shown, the Court hereby orders as follows:

1. The DR Pradaxa Qualified Settlement Fund is approved and the Court retains jurisdiction thereof. The DR Pradaxa Qualified Settlement Fund shall be established and operated in a manner consistent with the rules of Treasury Regulation Section 1.468B-1. The DR Pradaxa Qualified Settlement Fund shall remain open to receive settlement amounts on behalf of later-settling Plaintiffs, subject to approval by Defendants, as described in the accompanying Motion.

2. The purpose of this lawsuit is to facilitate the settlement of claims. No adjudication of Boehringer Ingelheim Pharmaceuticals, Inc., and Boehringer Ingelheim International GMBH's liability shall be made in this lawsuit.

3. Scott H. Freeman is hereby appointed as Administrator of the DR Pradaxa Qualified Settlement Fund pursuant to the terms, conditions, and

restrictions of the Master Settlement Agreement and the accompanying Motion. The DR Pradaxa Qualified Settlement Fund Administrator is authorized to (a) invest the Fund (b) make distributions from the Fund and (c) segregate the Fund into sub-accounts consistent with the Master Settlement Agreement and the accompanying Motion. Further, as the DR Pradaxa Qualified Settlement Fund Administrator is authorized upon final distribution of all monies paid into the Fund, to take appropriate steps to wind down the Fund and thereafter discharging the Fund Administrator from any further responsibility with respect to the Fund.

**IT IS SO ORDERED.**

Signed this 5th day of November, 2014.

Digitally signed by David R. Herndon
Date: 2014.11.05 11:53:38 -06'00'

**District Judge**
**United States District Court**